**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 40 MAL 2022
:
        Respondent :
: Petition for Allowance of Appeal
: from the Order of the Superior Court
        v. :
:
:
BRANDON LEE KELLER, :
:
        Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.